UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SOUTHEAST MILK, INC.,

        Petitioner,

-vs-                                              Case No. 5:05-mc-3-Oc-10GRJ

GEOFFREY R. COATES

        Respondent.
_____

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 19) recommending that "Southeast Milk, Inc.'s Petition for Sanction in Accordance with Administrative Law Judge's Order Certifying Facts to the United States District Court for the Middle District of Florida" (Doc. 1) be granted, and that Geoffrey R. Coates be ordered to pay Southeast Milk, Inc., as sanctions, attorneys' fees in the amount of $6,402.50 and expenses in costs in the amount of $139.73, for a total of $6,542.23. The Respondent has objected to the Magistrate's report and recommendations (Doc. 22), to which the Petitioner has responded (Doc. 23).

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed and made a part hereof;

(2) the Respondent's objections are OVERRULED;

(3) Southeast Milk, Inc.'s Petition for Sanction in Accordance with Administrative Law Judge's Order Certifying Facts to the United States District Court for the Middle District of Florida (Doc. 1) is GRANTED;

(4) Respondent Geoffrey R. Coates is ORDERED to pay to Southeast Milk, Inc., as sanctions, attorneys' fees in the amount of $6,402.50 and costs in the amount of $139.73, for a total of $6,542.23; and

(5) the Clerk is directed to enter judgment accordingly and to terminate any pending motions and close the file on this matter.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 5th day of July, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   The Honorable Gary R. Jones
　　　　　　 Counsel of Record
　　　　　　 Geoffrey R. Coates
　　　　　　 Maurya McSheehy